WENSLEY W. SHEVIS, Respondent, v. PHILIP RISUCCI, Appellant.— In the contract which terminated the pre-existing partnership of the parties herein, whereby respondent purchased appellant's interest, appellant warranted that the accounts payable did not exceed a specified sum and agreed " to hold the purchaser harmless with respect to any sums in excess thereof." In this action for damages in the amount said accounts payable actually exceeded said specified sum, and for other items, the appeal is from the judgment entered on the verdict of a jury in respondent's favor. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

## (May 24, 1954.)

■

MEYER GOLDBLUM, Respondent, v. HOM-DEL, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 823.]

■

SOL KROVETZ et al., Respondents, v. RURAL NEW YORKER, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

FAYE OSOFSKY, Respondent, v. JOEL OSOFSKY, Appellant.— Motion for stay, pending appeal from order granting alimony *pendente lite*, denied, with $10 costs. Ordinarily, appeals from such orders are not favored and a stay will not be granted where the action may be tried on the merits before the appeal can be heard. The facts in this case do not warrant any departure from such policy. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

CONCEPCION VASQUEZ, Appellant, v. ANGEL DEL T. MERCADO et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ.